IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ROBERT KEITH HILL; JANICE HILL; and
JESSICA GRAHAM AS TRUSTEE OF THE
ROBERT KEITH AND JANICE HILL
REVOCABLE TRUST                                                                PLAINTIFFS

V.                              CASE NO. 3:24-cv-00162-DPM

DANIEL LAULETTA; DOUGLAS "JEB" STEPHEN;
SKYLIGHT FINANCIAL GROUP, LLC;
SKYLIGHT FINANCIAL GROUP II, LLC;
LIGHTHOUSE WEALTH SOLUTIONS, LLC;
AND MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY                                                              DEFENDANTS

## MOTION FOR ADMISSION PRO HAC VICE OF JULIE E. RAVIS

Separate Defendant, Massachusetts Mutual Life Insurance Company (MassMutual), moves for the admission of attorney Julie E. Ravis, member of the Bar of the Commonwealth of Pennsylvania, pro hac vice for the limited purpose of representing it in this case.

As grounds for this motion, MassMutual states:

1. Ms. Ravis is an attorney licensed and authorized to appear before the highest courts of the Commonwealth of Pennsylvania, State of New Jersey, United States Supreme Court, United States Court of Appeals for the Third Circuit, United States District Courts for the Eastern, Middle, and Western Districts of Pennsylvania, United States District Court for the District of Colorado, and United

States District Court for the District of New Jersey.  She is in good standing before the Bar of those courts.

    2.    Undersigned counsel, David M. Donovan, shall remain local counsel for MassMutual and will be actively involved in the case and available for all matters.

    WHEREFORE, MassMutual requests that the Court enter an order admitting Julie E. Ravis pro hac vice for the purpose of representing it in this case.

                DAVID M. DONOVAN
                BAR NO. 81184
                WDTC LAW, P.A.
                2120 RIVERFRONT DR., STE. 275
                LITTLE ROCK, AR  72202
                TELEPHONE:  (501) 372-1406
                EMAIL:  david.donovan@wdtc.law

    AND

                E. THOMAS HENEFER
                JULIE E. RAVIS
                STEVENS & LEE
                111 NORTH SIXTH ST.
                READING, PA  19601
                TELEPHONE:  (610) 478-2223
                EMAIL:  e.thomas.henefer@stevenslee.com
                        julie.ravis@stevenslee.com

                *Attorneys for Defendant Massachusetts Mutual Life Insurance Company*